UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| JAMES F. ROBERTS, JR., | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No.: 3:15-CV-583-TAV-HBG |
| SULLIVAN COUNTY MEDICAL, SULLIVAN COUNTY CORRECTIONAL CENTER, and C. FRAZIER, Nurse, | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This is a prisoner's pro se civil rights action under 42 U.S.C. § 1983, which is before the Court upon the postal return of two separate pieces of correspondence mailed to Plaintiff at the address he listed as his current address in his complaint. The correspondence was returned to the Court by the postal authorities more than ten days ago, with the faces of the envelopes marked, "Not Here, RTS ("Return to Sender"), and Undeliverable as Addressed," [Docs. 6, 8]. Obviously, Plaintiff has failed to provide the Court with notice of his correct address and, without his correct and current address, neither the Court nor Defendants can communicate with him regarding his case.

Accordingly, this action will be **DISMISSED WITHOUT PREJUDICE**, sua sponte, for want of prosecution. Fed. R. Civ. P. 41(b); *Link v. Wabash R. Co.*, 370 U.S. 626, 630-31 (1962) (recognizing court's authority to dismiss a case sua sponte for lack of prosecution); *White v. City of Grand Rapids*, 34 F.App'x 210, 211(6th Cir. 2002) (finding that a pro se prisoner's complaint "was subject to dismissal for want of prosecution because he failed to

keep the district court apprised of his current address"); *Jourdan v. Jabe*, 951 F.2d 108 (6th Cir. 1991).

      **AN APPROPRIATE ORDER WILL ENTER**.


      s/ Thomas A. Varlan
      CHIEF UNITED STATES DISTRICT JUDGE